IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NUNEZ, | No. CIV S-09-1975-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On July 27, 2009, the court granted plaintiff's motion for leave to proceed in forma pauperis. That order required plaintiff to submit to the United States Marshal, within 15 days of the date of service of the order, a completed summons and copies of the complaint, and file a statement with the court that said documents have been submitted. As of October 15, 2009, plaintiff had not submitted the required notice and the court directed plaintiff to show cause why this action should not be dismissed. A review of the docket reflects that plaintiff has now submitted the required notice.

1  Accordingly, and good cause appearing therefor, the order to show cause is
2  discharged.
3  IT IS SO ORDERED.

DATED:  October 21, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE