1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 454-3111
4 Facsimile: (916) 454-3131

5 Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL NUNEZ** | Case No.  CIV-09-1975 CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from August 3, 2010, to September 5, 2010.  This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: August 2, 2010         */s/Bess M. Brewer*
                              BESS M. BREWER
                              Attorney at Law

                              Attorney for Plaintiff


Dated: August 2, 2010         Benjamin B. Wagner

                              United States Attorney

                              */S/Shea Bond*
                              SHEA BOND
                              Special Assistant U.S. Attorney
                              Social Security Administration

                              Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.


 DATED: August 5, 2010

                              CRAIG M. KELLISON
                              UNITED STATES MAGISTRATE JUDGE

2