```
1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NUNEZ ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE ) <br> **Commissioner of Social Security** ) <br> **of the United States of America,** ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.  CIV-09-1975 CMK <br><br> **STIPULATION AND ORDER** <br> **EXTENDING PLAINTIFF'S TIME TO** <br> **FILE MEMORANDUM IN SUPPORT** <br> **OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from to September 22, 2010.  This additional extension is required due to Plaintiff's counsel's impacted briefing schedule.

26 / / / /

27 / / / /

28 / / / /

1

Dated: September 13, 2010         */s/Bess M. Brewer*
                                   BESS M. BREWER
                                   Attorney at Law

                                   Attorney for Plaintiff


Dated: September 13, 2010          Benjamin B. Wagner

                                   United States Attorney

                                   */S/Shea Bond*
                                   SHEA BOND
                                   Special Assistant U.S. Attorney
                                   Social Security Administration

                                   Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.


DATED: September 16, 2010

                                   _____
                                   **CRAIG M. KELLISON**
                                   UNITED STATES MAGISTRATE JUDGE

2