IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NUNEZ, | No. CIV S-09-1975-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to the court's scheduling order, plaintiff was required to prosecute this action by either seeking voluntary remand or filing a dispositive motion within 45 days from the date of service of the administrative record by defendant. Based on the date of service of the administrative record, and following several extensions of time, plaintiff's dispositive motion was due by September 22, 2010. As of October 1, 2010, no dispositive motion had been filed and the court directed plaintiff to show cause why this action should not be dismissed for lack of prosecution and failure to comply with the court's scheduling order. Plaintiff responded to the order to show cause by filing

1

1  a dispositive motion on November 2, 2010.  Defendant has responded and the matter stands
2  submitted.  In light of the foregoing history, the October 1, 2010, order to show cause is hereby
3  discharged.
4             IT IS SO ORDERED.

6   DATED:  January 20, 2011

7                                                      _____
8                                                      **CRAIG M. KELLISON**
                                                       UNITED STATES MAGISTRATE JUDGE